**U.S. Department of Justice**

Civil Rights Division

Disability Rights Section - NYA
950 Pennsylvania Avenue N.W.
Washington, DC 20530

202-59-0                                              **MAY 2 6 2011**

Mr. Dennis Malipurathu, #261346
John Lilley Correctional Center
P.O. Box 1908
Boley, OK  74829

     Re:   D.A.R.P. Foundation, LLC

Dear Mr. Malipurathu:

    This is in response to your correspondence alleging violation of Title III of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. §§ 12181-89.

    The ADA authorizes the Department of Justice to investigate alleged violations of Title III, which prohibits discrimination against persons with disabilities by public accommodations and commercial facilities. However, the Department is not able to pursue every complaint we receive.

    After a review of the matter you have raised, we have decided not to take any further action. Our decision does not indicate whether or not we believe there has been a violation of the ADA in this instance. Nor does our decision affect your rights, as an affected individual, to seek correction of the problems you have identified. ████████████████████████████████ Your local or state bar association may be able to give names of private attorneys or alternative dispute resolution services (such as arbitration or mediation). Some Better Business Bureaus are also prepared to help settle ADA complaints. ████████████████████████ ████████████████████ including direct discussion with the business with whom you have a problem.

    ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ Enclosed is a list of such organizations serving your area. These listings come from various sources, and our offices cannot guarantee that the listings are current and accurate. We suggest that if you contact any of these organizations, you let them know that you have received this letter from us, so that they will not forward your complaint to our office.

    If you have access to the internet, the text of the ADA, the Department's regulations, and many technical assistance publications can also be accessed on our ADA Home Page at http://www.ada.gov. If you have any questions concerning the ADA, you may call our information line at (800) 514-0301 (Voice), (800) 514-0383 (TDD). You may also wish to call your regional ADA Technical Assistance Center. By calling (800) 949-4ADA (voice and TDD) you will be connected to the center serving your region. We regret that we cannot be of further assistance in this matter.

               Sincerely,

               *Jeanine Worden*

               Jeanine Worden
               Deputy Chief
         Disability Rights Section
          Civil Rights Division

Enclosures                                              **Exhibit "C"**

353453