# Ex. 56 to Special Report

# Malipurathu
# Performance Contract

# WASHITA/CUSTER COUNTY DRUG COURT

## PERFORMANCE CONTRACT OF
## <u>DENNIS GEORGE MALIPURATHU</u>

### DC 2009 - _____

      In return for the opportunity to participate in the Drug Court Program, I, Dennis George Malipurathu, have consented to enter the Washita/Custer County Drug Court. I understand and agree that I have certain obligations and responsibilities and will have to follow orders given to me by the Judge, Drug Court personnel and other people involved in the Drug Court Program.

### <u>MY RESPONSIBILITIES ARE:</u>

1. I must remain drug free;

2. I must not consume or purchase alcoholic beverages, beer or illegal drugs, nor visit places where alcohol or illegal drugs are sold, dispensed, or used. I further understand that I am not to go into bars, liquor stores, taverns, clubs, parties or places where alcohol is the main item for sale or consumption.

      All narcotics prescribed by a physician will not be approved unless my physician consults with Drug Court. If narcotics are deemed absolutely necessary, Drug Court will monitor my usage closely. You must only take the medications as prescribed by my physician.

3. I must attend all court sessions as ordered;

4. I must not attend any program requirement under the influence of alcohol or any illicit drug. I must not attend any program requirement while in possession of any illegal drugs or weapon of any form, including firearms and knives.

5. I must contact the Drug Court Coordinator as directed;

6. I must submit to any rehabilitative, medical, psychological, psychiatric, educational, vocational, or alcohol or other drug treatment program as directed by the Drug Court.

7. I must obey all laws; I understand that if I engage in any criminal act, I may be prosecuted for any new charge(s);

8. I must submit urine samples for testing when requested by the Drug Court. My refusal or failure to provide a sample for urinalysis, or providing a sample for



EXHIBIT
56

urinalysis that has been altered, will be viewed as a positive test result and sanctions will be imposed. My failure to timely provide a sample, or failure to report for testing in a timely manner, will be viewed by the Drug Court as a positive test result and sanctions will be imposed.

9. I understand I must be employed, in school or treatment care as required by the Drug Court Judge;

10. I must not commit acts of violence or threats of violence;

11. I shall not refuse to comply with any of the following:

    a.    Attend **all** counseling sessions and be on time;

    b.    Attend **all** Drug Court appearances and be on time;

    c.    Complete **all** counseling assignments and participate in **all** counseling sessions;

    d.    Make satisfactory progress in the program as measured by phase requirements;

    e.    Pay any fees associated with Drug Court including but not limited to UA fees, Drug Court fees, and Co-Pay on counseling.

12. Further I will keep all appointments required of me by the Drug Court and all program
resource providers in the areas of:

    1.    Treatment programs;

    2.    Counseling programs;

    3.    Educational programs;

    4.    Vocational programs;

    5.    Day reporting centers;

    6.    Community Service;

    7.    Other reasonable rehabilitation requirements;

13. I must comply with Courtroom Behavior and Rules as listed below:

    a.    I will not talk in the Courtroom during Drug Court proceedings;

b.    I will dress appropriately for court as follows:

**-Shirt tails tucked in;**

**-No tank tops, muscle shirts, crop-tops or shorts;**

**-No sagging (i.e., jeans sagging below the waist line);**

**-No unbuttoned shirts;**

**-No gang related attire;**

**-No hats, caps or bandanas;**

**-No T-shirts depicting alcohol/drugs or drug paraphernalia, or hard rock**

**-No T-shirts with vulgar or inappropriate language or suggestions written on the shirt.**

c.  I will remain seated in the Courtroom until I am dismissed by the Drug Court Judge;

d.  I will refrain from use of any profanity;

e.  I will speak clearly and directly when addressing the Drug Court Judge, District    Attorney, or any other officer of the Court;

f.  I will attend all scheduled Court appearances on time and immediately be seated  in the Courtroom;

g.  I will not lean against the Judge's bench but stand on my own feet;

h.  I will not bring food or drink into the Courtroom;

14.  I will not leave Washita and/or Custer County, nor the State of Oklahoma without written or verbal permission from the Drug Court. I will not change my address or employment without first consulting with the Drug Court. I must tell the Drug Court within 48 hours if I change employment. I will keep gainfully employed as long as physically able to do so. I must tell the Drug Court before I move or change my telephone number or disconnect my phone;

15.  I will promptly and truthfully, including my request to the Drug Court, answer all the inquiries directed to me by all Drug Court staff members, and I will, and do hereby, waive my right to unlawful search and seizure under the 4th Amendment

to the U.S. Constitution and the Constitution of the State of Oklahoma and hereby allow any representative of the Drug Court, the police or a probation officer, to visit me at my home, place of employment, or elsewhere, including vehicles, and shall allow such persons to search my home, place of employment or vehicles, upon request. I will carry out all instructions given to me by Drug Court or police or its representatives;

16. I will not violate any city, state or federal law;

17. I will not, in any way, communicate with convicted felons, persons on probation or on parole, or with persons involved in illegal activity.

18. I will not possess, consume, or purchase alcoholic beverages or illegal drugs, nor visit places where alcohol or illegal drugs are unlawfully sold, dispensed or used. I further understand that I am not to go into bars, liquor stores, taverns, clubs, parties, or places where alcohol is the main item for sale or consumption.

19. I understand that I cannot go into Casinos or in establishments where gambling is taking place, including racetracks.

20. I understand that I will not change, engage in, or pursue any new romantic or sexual relationship, romantically fraternize with any person in or outside of Drug Court, without first consulting with the Drug Court Coordinator and only after receiving permission to do so. However, I understand that I, along with my my significant other, may be required to attend counseling as recommended by the Drug Court Team.

21. I will agree that in the event I fail to keep any program appointment (in the absence of an explanation satisfactory to the Drug Court Coordinator), fail to comply with any reasonable requests or requirements of the Drug Court Coordinator and treatment providers, or test positive for any non-prescribed drugs or alcohol, the Drug Court Coordinator may immediately make necessary adjustments in the following areas prior to a status conference with the Drug Court. I agree that I will comply with immediate adjustments in these areas until reviewed by the Drug Court docket date:

    a.     Increased reporting to the Drug Court Coordinator;

    b.     Increased reporting to Drug Court dockets;

    c.     Increased urinalysis;

    d.     Alteration or imposition of curfew;

22. I will agree to sign all authorizations for release of information requested by the Drug Court and/or treatment provider(s) and other resource providers. I realize that this condition is necessary to allow cross-reporting of my compliance with program conditions;

23. I agree to waive my rights to any and all confidential information which may arise while I am in Drug Court.

24. If I do not agree that I committed the alleged breach of this agreement, I shall continue on the program until the next Drug Court docket and shall continue to obey all lawful orders of the Drug Court Coordinator. I have the right to be heard at the next Drug Court Docket, but I am aware that the Drug Court is not limited by the above sanctions in the event of a finding that this agreement has been violated (see # 31 Sanctions). I acknowledge that I have been informed that a finding by the Court, in its sole discretion, of a willful failure to comply with any treatment and rehabilitation requirements may result in my termination from the program;

25. I will pay all fees, court costs, treatment fees, restitution costs, victim compensations and any and all other costs assessed by the Drug Court, payable in cashier's check or money order to the Court Clerk's office or if restitution to the District Attorney's office;

26. I will comply with all lawful directives issued by the Drug Court Judge, agent or agency of the Drug Court;

27. I understand that I am required to maintain full-time employment unless involved in an approved educational/vocational program. If unemployed, I will be required to be actively searching for employment and provide verification of search to the Drug Court Judge. Failure to be employed, or in school may result in removal from program;

28. I will remain under the supervision of the Drug Court Program until further ordered by this Court;

29. I will not own or carry firearms of any type, or perpetuate any falsehood or deception, or misrepresent any truth to any branch of government or a representative thereof;

30. I understand that at any time or place, I am subject to search by the Drug Court or representative of the Drug Court or any law enforcement agency. In addition, my vehicle and property under my control are subject to search, should a representative deem it necessary. I understand the place I am living and the property contained in that place are subject to search. I further understand any person living with me is subject to random urinalysis upon the Judge's order. I understand that I hereby waive and relinquish all rights afforded to me under the 4th Amendment to the Constitutions of the United States and the State of

Oklahoma and will therefore allow my property, residence and vehicle(s) if requested by the Drug Court, its representatives or any law enforcement personnel, to be searched. (See #15)

31. I hereby waive extradition to the State of Oklahoma from any jurisdiction in or outside the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return to the State of Oklahoma;

32. I will conduct myself in all respects as a good and law-abiding citizen;

33. I will perform any and all community service hours to be completed as Drug Court directs;

34. If my license is suspended at any time, I will diligently work toward obtaining my driver's license if I am eligible under the law.

35. If I have not obtained my high school diploma, then I understand that I may be required to obtain a G.E.D. during my participation in Drug Court.

36. I agree to these special conditions as follows: **Defendant is to wear a GPS monitoring device for a minimum of 90 days upon entering the Drug Court program.**

37. I understand if I fail to follow the terms of my agreement, the Drug Court Judge may impose sanctions on me which can include, but not limited to:

      a. A period of incarceration in the county jail as determined by the Drug Court Judge;

      b. Community Service or restitution or fines;

      c. A period of time observing Drug Court proceedings as determined by the Drug Court Judge;

      d. Attending extra individual counseling or group counseling sessions;

      e. Attending extra AA/NA meetings;

      f. Entering a residential or half-way house treatment program of a duration to be determined by the treatment provider;

      g. Increased frequency of urine testing;

      h. Termination from the Drug Court Program;

      i. BEING CONVICTED AND SENTENCED TO A TERM

PRESCRIBED BY LAW.

38. I understand these rules and regulations may be modified at any time by the Drug Court Team.

I hereby acknowledge that I have read and understood my responsibilities as set forth herein above, and I have agreed to abide by each and every rule.

_____          _____
Date                                       Defendant

_____          _____
Date                                       Witness