November 17, 2011

Office of the Clerk
United States District Court
Western District of Oklahoma
200 N.W. 4th Street
Okc, OK 73102

Dennis Malipurathu
D.O.C. #261346
Rt. 1 Box 407971
Boley, OK 74829

**FILED**

NOV 21 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

RE: Subpoena

To Whom It May Concern:

    I am inquiring to know if there is a specific form required to fill out to issue subpoenas? I have attempted once to file an issuance of subpoenas for certain documentary evidences to help support my Complaint, but the request was *"stricken"* from the record. If it is a certain form, I am requesting (5)-forms. If this action does not require a form, please inform me of the proper procedure. Thank you for you time and consideration in this matter.

                                         Respectfully Submitted,

                                         Dennis Malipurathu, [CIV-11-646-W]