~~October 26, 2012~~
Nov. 15, 2012

Office Of The Clerk
U.S. Dist. Court
West. Dist. of Okla.
200 NW 4th St.
OKC, Okla 73102

**FILED**
NOV 27 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

Dennis Malipurathu, Pro Se Plaintiff
Doc # 261346
WSKCC Unit-C
P.O. Box 61
Ft. Supply, Okla 73841

Re: Subpoena Forms; Case No. Civ-11-646-W

Dear Sir/Ma'am,

　　Is there a specific format for subpoenas? Subpoena Duces Tecum? Is there a limit as to the ~~limit~~ a/w number of forms you can send?, if so; I require forms for these entities and reasons:

① Custer County Detention Center - Phone Log; Mail Log; Book-In Record; Any annotations made about Plaintiff by Detention Center employees from July 1-23, 2009; to dispute Defendants' allegations of contact between Plaintiff and DARP.

② Michael R. Green, Atty. - Has records of Plaintiff's physical disabilities, medical records, names of doctors, therapists, chiropractors; etc; to dispute Defendants' failure to acknowledge Plaintiff's disabilities/surgery.

(3) O.D.O.C. Medical Records / Bunk Chart - Shows Plaintiff has provided Notice to O.D.O.C. and O.D.O.C. has placed Plaintiff in a Medical Bunk Area.

(4) DARP Foundation Contract - Shows Plaintiff documented on July 23, 2009 Physical Disability and Job Limitations as required by A.D.A. of 1990.

(5) Custer County District Attorneys Council - Obtain exact document notifying Drug Court / Custer County of DARP's failure to comply with Statutory Mandate of Oklahoma Drug Court Act; To show court that Information withheld deprived Plaintiff and Drug Court.

(6) DARP Foundation - "Outside Sources" declared in consideration of Plaintiff's Acceptance in DARP, 7-20-09. Who or what is the Outside Source?

Sincerely,

Dennis Malipurathu

Dennis Malipurathu #261346
WSCCC Unit-C
P.O. Box 61
Ft. Supply, Okla 73841

CIV-11-646-W

**LEGAL MAIL** 11/26/12

Office of the Clerk
West. Dist. Court of Okla.

RECEIVED
NOV 26 2012
OKC, OKLA
200 NW 4th St.
OKC, Okla 73102

Clerk, U.S. District Court
WEST. DIST. OF OKLA.

7310230271D

FREE
not
11-19-12