IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA



FILED
JUL 2 3 2013
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

DENNIS MALIPURATHU, )
 )
    Plaintiff, )
 )
vs. ) No. CIV-11-646-W
 )
RAYMOND JONES et al., )
 )
    Defendants. )

## JUDGMENT

Because all claims and causes of action asserted by plaintiff Dennis Malipurathu against all defendants named in the amended complaint have been resolved either by way of summary judgment, see Docs. 156, 157, dismissal with prejudice, see Docs. 51, 155, 157, or in the Court's Order issued this date, the Court ORDERS that Malipurathu take nothing by way of his claims and causes of action against any defendant and that this matter be terminated.

DATED and ENTERED this 23rd day of July, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE